**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** * | | |
| * | | |
| V. * | Criminal No: 18-00011 (JDB) | |
| * | Status: 09/17/2018 | |
| **AMOS OLAGUNJU** * | Judge: Hon. John D. Bates | |
| Defendant(s).* | Trial: TBA | |
| _____ * | | |

**RENEWED MOTION FOR REVIEW AND
RECONSIDERATION OF BOND WITH
MEMORANDUM OF POINTS AND AUTHORITIES
AND REQUEST FOR HEARING**

**COMES NOW**, Defendant, **Amos Olagunju**, by and through, John O. Iweanoge, II and THE IWEANOGES FIRM, PC, his attorneys, hereby moves this Honorable Court for review and reconsideration of Defendant's bond pending trial pursuant to Title 18 United States Code § 3142(f) and in support of this motion, defendant by and through counsel states:

**INTRODUCTION**

This motion is submitted in support of Amos Olagunju motion for bail review and reconsideration pursuant to 18 U.S.C. § 3142(f) and the Fifth, Sixth, and Eighth Amendments to the United States Constitution. On January 12, 2018, Defendant was arrested and charged on January 13, 2018 with one count of stalking in violation of 18 U.S.C. §2261A(1)(B) and one count of interstate Violation of a Protective Order in violation of 18 U.S.C. §2262(a)(1). These charges arise from allegations of Mr. Olagunju's behavior toward U.S. Representative Kyrsten Sinema. Mr. Olagunju was subsequently indicted on January 18, 2018.

## STATEMENT OF FACTS

Mr. Olagunju is presently charged with one count of stalking and one count of interstate violation of a protective order. Based on the allegation, a court order was issued in 2016 and 2017 prohibiting Mr. Olagunju from contacting Representative Kyrsten Sinema through any means. Mr. Olagunju has not been violent, nor has he shown any indication that he would be violent. According to the Governments proffer and allegations, Mr. Olagunju, always indicated in advance his travel plans and have listened to Special Agents and/or Court on several occasions when ordered to stay away and not travel to Arizona.

From the Competency to stand trial evaluation which included medical evaluation, it became evident that Defendant has dilated ascending and descending aorta. Upon information, Defendant has recently been advised that he has prostate cancer and needs heart surgery for which the detention facility has not provided any medical visit or treatment. Defendant currently is housed at Piedmont Jail in Farmville Virginia and may not have the necessary medical facility to provide the needed and necessary medical treatment for the Defendant.

## MEMORANDUM OF POINTS AND AUTHORITIES

18 U.S.C. § 3142(f) provides that a detention hearing may be reopened upon a showing that "information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person in the community." Such is the case here.

Mr. Olagunju has the support of his family and friends. Additionally, Mr. Olagunju has significant and legitimate ties to the United States and needs medical

treatment that will not be provided in the facility where he is currently detained.

Section 3142(g)(4) requires that the Court assess the extent of the danger posed by a defendant's release in weighing the factors relevant to a risk of flight analysis. Mr. Olagunju would not pose any danger to Representative Kyrsten Sinema based on available facts and current medical condition. Obviously, Mr. Olagunju would not be a danger especially if placed on a high intensive supervision program (HISP) with electronic monitoring that would restrict his movement to his residence in New York. That way the court would be assured that Mr. Olagunju would not leave his residence without prior authorization by the Court or program supervisor. This high intensive supervision program (HISP) will assure the court that Mr. Olagunju would not be in contact with Representative Sinema in Arizona, Washington, D.C. or any other location.

A balancing of these factors certainly weighs in favor of release or at most release on stringent conditions of bond that would reasonably address, if possible, the purported danger the Government alleges being posed in this case.

## Conclusion

In sum, Mr. Olagunju is a danger to the community and even assuming arguendo that they have made this showing, Defendant's age and medical condition necessitates release on bail on a combination of conditions that will reasonably ensure that the community is protected from any perceived danger.

For such other and further relief as the nature of Defendant's cause requires and this Court deems proper in the interest of Justice and Judicial economy.

**WHEREFORE**, Defendant, **Amos Olagunju**, prays this Honorable Court for release which is necessary because of his medical condition and for preparation of his defense.

Respectfully submitted,
THE IWEANOGES FIRM, PC                                      Amos Olagunju
                                                            Defendant by Counsel

By: /S/JohnOIweanoge/S/
    John O. Iweanoge, II
    IWEANOGE LAW CENTER
    1026 Monroe Street, NE
    Washington, D.C. 20017
    Phone: (202) 347-7026
    Fax:   (202) 347-7108
    Email: joi@iweanogesfirm.com
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Karen Seifert, AUSA
United States Attorney's Office
for the Eastern District of Columbia
555 4th Street, NW
Washington, DC 20530

                                                    /S/JohnOIweanogeII/S/
                                                    John O. Iweanoge, II

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | **Criminal No: 18-00011 (JDB)** |
| | * | **Status: 9/17/2018** |
| **AMOS OLAGUNJU** | * | **Judge: Hon. John D. Bates** |
| Defendant(s). | * | Trial: TBA |
| | * | |

## ORDER

**UPON CONSIDERATION** of Defendant's Renewed Motion for Review and Reconsideration of Bond with Memorandum of Points and Authorities and any United States opposition, it is this _____ day of _____, 2018, hereby;

**ORDERED,** that Defendant's Motion be and same is hereby **GRANTED, and it is**, **FURTHER ORDERED**

**SO ORDERED.**

                                                                                             Hon. John D. Bates
                                                                                             U.S. District Court Judge