IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Criminal No: 18-00011 (JDB) |
| | * | Status: 09/17/2018 |
| AMOS OLAGUNJU | * | Judge: Hon. John D. Bates |
| Defendant(s). | * | Trial: TBA |
| | * | |

**NOTICE OF DEFENDANT'S INTENTION TO CHALLENGE COMPETENCY REPORT.**

**COMES NOW**, Defendant, **Amos Olagunju**, by and through, John O. Iweanoge, II and THE IWEANOGES FIRM, PC, his attorneys, hereby gives Notice that Defendant would challenge competency Report

Respectfully submitted,
THE IWEANOGES FIRM, PC                                        Amos Olagunju
                                                                                          Defendant by Counsel

By: /S/JohnOIweanoge/S/
    John O. Iweanoge, II
    IWEANOGE LAW CENTER
    1026 Monroe Street, NE
    Washington, D.C. 20017
    Phone: (202) 347-7026
    Fax:    (202) 347-7108
    Email: joi@iweanogesfirm.com
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Karen Seifert, AUSA
United States Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

/S/JohnOIweanogeII/S/
John O. Iweanoge, II